UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CERES ENTERPRISES, LLC, | ) | Case No. 1:20-CV-1925 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge Kathleen B. Burke |
| | ) | |
| TRAVELERS INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

The Court filed its Opinion and Order in this matter.  Accordingly, the Court terminates this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated:  February 18, 2021

J. Philip Calabrese
United States District Judge
Northern District of Ohio