No. 21-3232

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
May 26, 2021
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| CERES ENTERPRISES, LLC, ) | |
| ) | |
|    Plaintiff-Appellant, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| TRAVELERS INDEMNITY COMPANY OF ) | |
| AMERICA, originally named as Travelers ) | |
| Insurance Company, ) | |
| ) | |
|    Defendant-Appellee. ) | |

Plaintiff moves to consolidate this appeal with four other appeals, Case Nos. 21-3222, 21-3224, 21-3229, and 21-3230. Plaintiff also moves to hold the cases in abeyance pending a decision by the Supreme Court of Ohio in *Neuro-Communication Servs., Inc. v. Cincinnati Ins. Co.*, Case No. 2021-0130. Defendant responds requesting separate briefing and argument with submission to a single panel. Further, defendant responds in opposition to abeyance. Plaintiff replies.

Upon review, the motion to consolidate is **DENIED** as the appeals arise from separate actions with differing parties and distinct records. The motion to hold this case in abeyance is **DENIED WITHOUT PREJUDICE** to renewal before the ultimate merits panel. A reset briefing schedule shall issue separately.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

_____
Deborah S. Hunt, Clerk